AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with the Facetime account used<br>by cellular device assigned number 305-401-3870 that is<br>stored at premises controlled by APPLE, INC. | )<br>)<br>)<br>)<br>)<br>) |

Case No. 8.18 - cr - 1033 - JDA

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ❏ contraband, fruits of crime, or other items illegally possessed;
- ❏ property designed for use, intended for use, or used in committing a crime;
- ❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841, 843b, 846, 952 and 963. | Possession with intent to distribute controlled substance(s);conspiracy to possess with intent to distribute import into the United States controlled substance(s); use of a communication facility to facility a felony drug trafficking offense. |

The application is based on these facts:
See affidavit.

- ❏ Continued on the attached sheet.
- ❏ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Lisa V. Quillen, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/19/2018 _____

*Judge's signature*

City and state:  Greenville, South Carolina          Jacquelyn D. Austin, U.S. Magistrate Judge
*Printed name and title*