AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 8:18-cr-1033-JDA
Information associated with the Facetime account used )
by cellular device assigned number 305-401-3870 that is )
stored at premises controlled by APPLE, INC. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Northern     District of     California    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     November 1, 2018     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Jacquelyn D. Austin, U.S. Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10/19/2018 9:55 am

*Judge's signature*

City and state: Greenville, South Carolina      Jacquelyn D. Austin, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: <br> 10/19/2018  11:03 A.M. | Copy of warrant and inventory left with: <br> lawenforcement@apple.com |
| Inventory made in the presence of: <br> lawenforcement@apple.com |||
| Inventory of the property taken and name of any person(s) seized: <br><br> On 11/13/2018 an email was received from Apple Inc containing a data file. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/14/18

Returned 11/14/18

_Executing officer's signature_

Special Agent

_Printed name and title_

# ATTACHMENT A

## Property to Be Searched

This warrant applies to records and information associated with the FaceTime account of JAMAL DEMARCUS LATIMER, the user of 305-401-3870 (Target Cell Phone) that is stored at premises controlled by APPLE, INC.

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be Disclosed by the Provider

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for October 3, 2018.

The following information about the customers or subscribers of the FaceTime account of JAMAL DEMARCUS LATIMER the user of cellular telephone 305-401-3870:

    i. Names (including subscriber names, user names, and screen names);

    ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

    iii. FaceTime invitation logs, including the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses).

### II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of 21 United States Code Sections 841, 843(b), 846, 952 and 963, involving JAMAL DEMARCUS LATIMER using cellular phone 305-401-3870 on October 3, 2018.